USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GERTRUDYS FERNANDEZ, et al.,

                    **Plaintiffs,**

-against-

CITY OF NEW YORK, et al.,

                    **Defendants.**

-----------------------------------------------------------------X

17-CV-02431 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties are directed to file a joint letter by December, 20, 2019, updating the Court on the status of proceedings in the Surrogate's Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 13, 2019
                New York, New York