UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GERTRUDYS FERNANDEZ, et al.,

                             **Plaintiffs,**                      17-CV-02431 (SN)

          -against-                                 **ORDER**

CITY OF NEW YORK, et al.,

                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties are directed to file a joint letter by July 1, 2020, updating the Court on the status of proceedings in the Surrogate's Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      June 15, 2020
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2020