UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GERTRUDYS FERNANDEZ, et al.,

                         **Plaintiffs,**                17-CV-02431 (SN)

              -against-                              **ORDER**

CITY OF NEW YORK, et al.,

                         **Defendants.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties are directed to file a joint letter on October 15, 2020, and every ninety days thereafter, updating the Court on the status of proceedings in the Surrogate's Court.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:     October 1, 2020
                  New York, New York