UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GERTRUDYS FERNANDEZ, et al.,

                  **Plaintiffs,**                  17-CV-02431 (SN)

    -against-                                  **ORDER**

CITY OF NEW YORK, et al.,

                  **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Pursuant to the Court's October 1, 2020 Order, the parties were directed to file a joint status report every ninety days. See ECF No. 210. The parties' most recent status report was due on April 13, 2021. As no letter has been filed, the parties are directed to file the status report no later than April 19, 2021.

**SO ORDERED.**

                                                                              _____
                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:     April 16, 2021
                New York, New York