USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**GERTRUDYS FERNANDEZ, et al.,**

                      **Plaintiffs,**

       -against-

**CITY OF NEW YORK, et al.,**

                     **Defendants.**

-------------------------------------------------------------------X

**17-CV-02431 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Pursuant to the Court's October 1, 2020 Order, the parties were directed to file a joint status report every ninety days. See ECF No. 210. The parties' most recent status report was due on or before October 9, 2021. As no letter has been filed, the parties are directed to file the status report no later than October 20, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     October 13, 2021
              New York, New York