USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

GERTRUDYS FERNANDEZ, et al.,

                         Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

                         Defendants.

-----------------------------------------------------------------X

17-CV-02431 (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

Pursuant to the Court's October 1, 2020 Order, the parties were directed to file a joint status report every ninety days. See ECF No. 210. The parties' most recent status report was due on or before January 7, 2022. As no letter has been filed, the parties are directed to file the status report no later than January 21, 2022.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    January 13, 2022
                  New York, New York